

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SAMSUN LOGIX CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMSUN LOGIX CORPORATION,

          Plaintiff,

        -against-

TONGLI SHIPPING CO., LTD.,

          Defendant.
------------------------------------------------------------X

08 Civ.

**FRCP 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for plaintiff Samsun Logix Corporation certifies that neither it nor any parent, subsidiary nor affiliate has shares that are publicly traded in the United States.

Dated: New York, New York
       April 30, 2008

                                      NOURSE & BOWLES, LLP
                                      Attorneys for Plaintiff

                                      By:_____
                                      John P. Vayda (JV-0339)
                                      One Exchange Plaza
                                      At 55 Broadway
                                      New York, New York 10006
                                      (212) 952-6200